UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER HENRY,                                                    JUDGMENT
                                                                                        14-CV- 2828 (LDH)
                Plaintiff,

    -against-

CORRECTION OFFICER ERINN BROWN,

                Defendant.
-----------------------------------------------------------X

        A Memorandum Decision and Order of Honorable LaShann DeArcy Hall, United States District Judge, having been filed on May 27, 2016, granting Defendant's motion for summary judgment in its entirety; it is

        ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted in its entirety.

Dated: Brooklyn, New York                                    Douglas C. Palmer
       May 27, 2016                                             Clerk of Court

                                                         by:     */s/ Janet Hamilton*
                                                                 Deputy Clerk